UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                     :
AUGUST IMAGE LLC,                    :        24cv1409(DLC)
                                     :
                    Plaintiff,       :        ORDER OF
            -v-                      :        DISCONTINUANCE
                                     :
TRIFECTA HEALTH MEDICAL P.C.,        :
                    Defendant.       :
                                     :
------------------------------------- X

DENISE COTE, District Judge:

      It having been reported to this Court that this case has

been settled, it is hereby

      ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by thirty days.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:    New York, New York
          May 24, 2024

                                _____
                                DENISE COTE
                          United States District Judge